**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Governor Greg Abbott in his official capacity as the Governor of
Texas v. County of Fort Bend, Texas

Appellate case number:   01-21-00453-CV

Trial court case number:  21-DCV-286148

Trial court:             434th District Court of Fort Bend County

On August 12, 2022, Assistant Attorney General Cody C. Coll filed an unopposed motion to withdraw as counsel of record for appellant Greg Abbott, in his official capacity as Governor of Texas, in the above-referenced appeal. The motion to withdraw is **GRANTED**.

The Clerk of this Court is directed to note on the docket of this Court that Assistant Attorney General Cody C. Coll has withdrawn from representing appellant and that Assistant Attorney General Benjamin Dower is counsel of record for appellant.

It is so ORDERED.

Judge's signature: /s Sarah Beth Landau
              Acting individually

Date:  August 30, 2022